IN THE UNITED STATES DISTRICT COURT
FOR DISTRICT OF COLORADO

Civil Action No. 23-CV-02860-SKC

DPF ALTERNATIVES LLC,

    Plaintiff,

v.

DET DIESEL EMISSION TECHNOLOGIES, LLC; SYNERGY CATALYST LLC,

    Defendants.

## DEFENDANTS' RULE 7.1 DISCLOSURES

Pursuant to Fed. R. Civ. P. 7.1, Defendants DET Diesel Emission Technologies, LLC, and Synergy Catalyst, LLC, make the following disclosure:

1. DET Diesel Emission Technologies, LLC's parent company is Performance Industries, Inc. No publicly held corporation owns 10% or more of DET Diesel Emission Technologies, LLC's stock.

2. Synergy Catalyst, LLC, has no parent corporation and no publicly held corporation owns 10% or more of its stock.

Respectfully submitted on November 16, 2023.

                SPENCER FANE LLP
                */s/ Scott C. Sandberg*
                Scott C. Sandberg, #33566
                Lauren Taylor, #52452
                1700 Lincoln Street, Suite 2000
                Denver, Colorado 80203
                (303) 839-3800
                ssandberg@spencerfane.com
                **Attorneys for Defendants**

## CERTIFICATE OF SERVICE

  I hereby certify that on November 16, 2023, a copy of the foregoing was filed and served via CM/ECF on the following:

Michael B. Marion
Bycer & Marion
7220 N. 16th Street, Suite H
Phoenix, Arizona 85020
E: michael@bycermarion.com

            *s/Scott C. Sandberg*
            Scott C. Sandberg