IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTIRCT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **RTR DPF LLC,** § | | |
| *Plaintiff,* § | | |
| § | | |
| v. § | Civil Action No. 3:24-cv-01371-B | |
| § | | |
| § | | |
| **DET DIESEL EMISSION** § | | |
| **TECHNOLOGIES, LLC, SYNERGY** § | | |
| **CATALYST, LLC, and** § | | |
| **PERFORMANCE INDUSTRIES, INC.,** § | | |
| *Defendants.* § | | |

**COUNTER-DEFENDANT RTR DPF LLC's**
**MOTION TO DISMISS UNDER FED. R. CIV. P 12(B)(6)**

Counter-Defendant RTR DPF LLC ("RTR") files this Fed. R. Civ. P. 12(b)(6) motion against Counter-Plaintiff DET Diesel Emission Technologies, LLC's count II for trade-secret misappropriation that DET pleaded in Dkt. No. 66.

Accepting all well-pleaded facts as true, viewing the case most favorably to RTR, and drawing all reasonable inferences in DET's favor, this Court must dismiss count III because it fails to allege enough facts to state a claim to relief that is plausible on its face. *Bell Atl. Corp. v. Twombly*, 550 U.S. 544, 570 (2007); *Ashcroft v. Iqbal*, 556 U.S. 662, 678 (2009) (quoting *Bell Atl. Corp. v. Twombly*, 550 U.S. at 570); *Johnson v. BOKF Nat'l Ass'n*, 15 F.4th 356, 361 (5th Cir. 2021).

Respectfully submitted,

KEARNEY, MCWILLIAMS & DAVIS, PLLC

Date: April 7, 2025

*/s/ Erik J. Osterrieder*
Erik J. Osterrieder
SBN: 24013276

Bradley A. Nevills
SBN: 24083561
Charles S. North
SBN: 24095712
bnevills@kmd.law
eosterrieder@kmd.law
bnevills@kmd.law
cnorth@kmd.law
55 Waugh Drive, Suite 150
Houston, Texas  77007
Tel: (888) 855-1276, ext. 502
Fax: (832) 916-2751
***Attorneys for Counter-Defendant RTR DPF LLC***

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 7th day of April, 2025, a true and correct copy of the foregoing instrument has been forwarded to all counsel of record through the Court's electronic filing system in accordance with the Federal Rules of Civil Procedure.

                                                */s/ Erik J. Osterrieder*
                                                Erik J. Osterrieder