IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| DPF ALTERNATIVES, LLC, DPFSOURCE LLC, and DPF SOURCE HOLDINGS, LLC, | § § § | |
| *Plaintiffs,* | § | |
| v. | § § | Civil Action No. 3:24-cv-01953-B |
| | § | |
| DET DIESEL EMISSION TECHNOLOGIES, LLC, | § § | |
| *Defendant/Counter-Plaintiff/ Third-Party Plaintiff,* | § § § | |
| | § | |
| SYNERGY CATALYST, LLC, PERFORMANCE INDUSTRIES, INC., and MICHAEL VANPATTEN, | § § § | |
| *Defendants,* | § § | |
| COLLATERAL RESOURCES, LLC, d/b/a DPF ALTERNATIVES GREELEY, CO, DPF ALTERNATIVES GRAND JUNCTION, CO, DPF ALTERNATIVES IOWA LLC, LUSTER DUSTERS, LLC d/b/a DPF ALTERNATIVES OF SOUTHERN KENTUCKY, DPF ALTERNATIVES CENTRAL & MIDWEST OHIO, DPF ALTERNATIVES, LLC d/b/a DPF ALTERNATIVES AUBURN, WA, DPF CLEAN TECHNOLOGIES, INC., DPF ALTERNATIVES OF SOUTHERN INDIANA LLC, and DPF ALTERNATIVES WEST HOUSTON, | § § § § § § § § § § § § § § § | |
| *Counter-Defendants.* | § | |

**COUNTER-DEFENDANT'S AND THIRD-PARTY PLAINTIFFS' ANSWER AND DEFENSES TO DET DIESEL EMISSION TECHNOLOGIES, LLC'S COUNTERCLAIMS AND THIRD-PARTY COUNTERCLAIMS**

Counter-Defendant DPF Alternatives, LLC and Third-Party Plaintiffs Collateral Resources, LLC d/b/a DPF Alternatives Greeley, CO, DPF Alternatives Grand Junction, CO, DPF

Page 1 of 12

Alternatives Iowa LLC, Luster Dusters, LLC d/b/a DPF Alternatives of Southern Kentucky, DPF Alternatives Central & Midwest Ohio, DPF Alternatives, LLC d/b/a DPF Alternatives Auburn, WA, DPF Clean Technologies, Inc., DPF Alternatives of Southern Indiana, and DPF Alternatives of West Houston (collectively, "Counter-Defendants") file this answer and defenses to Defendant and Third-Party Plaintiff DET Diesel Emission Technologies, LLC's ("DET")'s Counterclaims and Third-Party Claims by responding to each numbered paragraph of the Section "Counterclaims and Third Party Counterclaims" designated therein, which align with the corresponding numbered paragraphs below.

### ANSWER TO COUNTERCLAIMS AND THIRD-PARTY COUNTERCLAIMS

1. This paragraph contains DET's alleged factual representations requiring neither denial nor admission, but to the extent that a denial or admission is required, Counter-Defendants deny paragraph.
2. Counter-Defendants admit this paragraph.
3. Counter-Defendants admit this paragraph.
4. Counter-Defendants admit this paragraph.
5. Counter-Defendants admit this paragraph.
6. Counter-Defendants admit this paragraph.
7. Counter-Defendants admit this paragraph.
8. Counter-Defendants admit this paragraph.
9. Counter-Defendants admit this paragraph.
10. Counter-Defendants admit this paragraph.
11. Counter-Defendants admit this paragraph.

12. Counter-Defendants admit this paragraph.

13. This paragraph contains DET's alleged factual representations requiring neither denial nor admission, but to the extent that a denial or admission is required, Counter-Defendants deny paragraph.

14. Counter-Defendants admit this paragraph.

15. Counter-Defendants admit this paragraph.

16. Counter-Defendants admit this paragraph.

17. Counter-Defendants admit this paragraph.

18. This paragraph contains DET's alleged factual representations requiring neither denial nor admission, but to the extent that a denial or admission is required, Counter-Defendants deny paragraph.

19. This paragraph contains DET's alleged factual representations requiring neither denial nor admission, but to the extent that a denial or admission is required, Counter-Defendants deny paragraph.

20. This paragraph contains DET's alleged factual representations requiring neither denial nor admission, but to the extent that a denial or admission is required, Counter-Defendants deny paragraph.

21. This paragraph contains DET's alleged factual representations requiring neither denial nor admission, but to the extent that a denial or admission is required, Counter-Defendants deny paragraph.

22. This paragraph contains DET's alleged factual representations requiring neither denial nor admission, but to the extent that a denial or admission is required, Counter-Defendants deny paragraph.

23. This paragraph contains DET's alleged factual representations requiring neither denial nor admission, but to the extent that a denial or admission is required, Counter-Defendants deny paragraph.

24. This paragraph contains DET's alleged factual representations requiring neither denial nor admission, but to the extent that a denial or admission is required, Counter-Defendants deny paragraph.

25. This paragraph contains DET's alleged factual representations requiring neither denial nor admission, but to the extent that a denial or admission is required, Counter-Defendants deny paragraph.

26. This paragraph contains DET's alleged factual representations requiring neither denial nor admission, but to the extent that a denial or admission is required, Counter-Defendants deny paragraph.

27. Counter-Defendants admit this paragraph.

28. Counter-Defendants admit this paragraph.

29. Counter-Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegation, and therefore denies this paragraph.

30. Counter-Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegation, and therefore denies this paragraph.

31. Counter-Defendants admit that some form of agreement was signed, but Counter-Defendants are without sufficient knowledge or information to form a belief as to the truth of the remainder of this paragraph, and therefore Counter-Defendants denies said remainder.

32. Counter-Defendants admit the last sentence of this paragraph, but Counter-Defendants are without sufficient knowledge or information to form a belief as to the truth of the preceding

two (2) sentences in this paragraph, and therefore Counter-Defendants denies said two (2) sentences.

33. Counter-Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegation, and therefore denies this paragraph.

34. Counter-Defendants deny this paragraph.

35. Counter-Defendants deny this paragraph.

36. Counter-Defendants deny this paragraph.

37. Counter-Defendants deny this paragraph.

38. This paragraph repeats and re-alleges previous paragraphs for which neither a denial nor admission, but to the extent that a denial or admission is required, Counter-Defendants deny paragraph.

39. Counter-Defendants admit the last two (2) sentences of this paragraph, but its preceding sentence contains DET's alleged factual representations requiring neither denial nor admission, but to the extent that a denial or admission is required, Counter-Defendants deny said preceding sentence.

40. Counter-Defendants deny this paragraph.

41. Counter-Defendants admit that it provides training and other resources but denies the remainder of the paragraph.

42. Counter-Defendants deny this paragraph's first sentence but admit this paragraph's second sentence.

43. Counter-Defendants deny this paragraph.

44. Counter-Defendants deny this paragraph.

45. Counter-Defendants deny this paragraph.

46. Counter-Defendants admit this paragraph.

47. Counter-Defendants deny this paragraph.

48. Counter-Defendants admit this paragraph.

49. Counter-Defendants admit this paragraph.

50. Counter-Defendants admit this paragraph.

51. Counter-Defendants deny this paragraph.

52. Counter-Defendants deny this paragraph.

53. Counter-Defendants deny this paragraph.

54. Counter-Defendants deny this paragraph.

55. Counter-Defendants deny this paragraph.

56. Counter-Defendants deny this paragraph.

57. Counter-Defendants deny this paragraph.

58. Counter-Defendants deny this paragraph.

59. Counter-Defendants deny this paragraph.

60. Counter-Defendants deny this paragraph.

61. Counter-Defendants deny this paragraph.

62. Counter-Defendants deny this paragraph.

63. Counter-Defendants deny this paragraph.

64. Counter-Defendants deny this paragraph.

65. Counter-Defendants deny this paragraph.

66. Counter-Defendants deny this paragraph.

67. Counter-Defendants deny this paragraph.

68. Counter-Defendants deny this paragraph.

69. This paragraph repeats and re-alleges previous paragraphs for which neither a denial nor admission, but to the extent that a denial or admission is required, Counter-Defendants deny paragraph.

70. Counter-Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegation, and therefore denies this paragraph.

71. Counter-Defendants deny this paragraph.

72. Counter-Defendants deny this paragraph.

73. Counter-Defendants deny this paragraph.

74. Counter-Defendants deny this paragraph.

75. Counter-Defendants deny this paragraph.

76. This paragraph incorporates preceding paragraphs for which neither a denial nor admission, but to the extent that a denial or admission is required, Counter-Defendants deny paragraph.

77. Counter-Defendants deny this paragraph.

78. This paragraph contains DET's alleged factual representations requiring neither denial nor admission, but to the extent that a denial or admission is required, Counter-Defendants deny paragraph.

79. This paragraph contains DET's alleged factual representations requiring neither denial nor admission, but to the extent that a denial or admission is required, Counter-Defendants deny paragraph.

80. This paragraph contains DET's alleged factual representations requiring neither denial nor admission, but to the extent that a denial or admission is required, Counter-Defendants deny paragraph.

81. Counter-Defendants deny this paragraph.

82. Counter-Defendants deny this paragraph.

83. Counter-Defendants deny this paragraph.

84. Counter-Defendants deny this paragraph.

85. Counter-Defendants deny this paragraph.

86. Counter-Defendants deny this paragraph.

87. This paragraph incorporates preceding paragraphs for which neither a denial nor admission, but to the extent that a denial or admission is required, Counter-Defendants deny paragraph.

88. Counter-Defendants admit this paragraph.

89. This paragraph contains DET's alleged factual representations requiring neither denial nor admission, but to the extent that a denial or admission is required, Counter-Defendants deny paragraph.

90. This paragraph contains DET's alleged factual representations requiring neither denial nor admission, but to the extent that a denial or admission is required, Counter-Defendants deny paragraph.

91. This paragraph contains DET's alleged factual representations requiring neither denial nor admission, but to the extent that a denial or admission is required, Counter-Defendants deny paragraph.

92. Counter-Defendants deny this paragraph.

93. Counter-Defendants deny this paragraph.

94. Counter-Defendants deny this paragraph.

95. Counter-Defendants deny this paragraph.

96. Counter-Defendants deny this paragraph.

97. Counter-Defendants deny this paragraph.

98. This paragraph contains DET's alleged factual representations requiring neither denial nor admission, but to the extent that a denial or admission is required, Counter-Defendants deny paragraph.

99. The prayer contains DET's requested relief requiring neither denial nor admission, but to the extent that a denial or admission is required, Counter-Defendants deny DET entitled to any relief in its prayer.

## **DEFENSES**

100. *Non-Infringement* – Counter-Defendants assert no direct and/or no indirect infringement of U.S. Patent No. 12,048,920.

101. *Invalidity for Non-Patentable Subject Matter* – Counter-Defendants assert U.S. Patent No. 12,048,920 is invalid for anticipation, obviousness, indefiniteness, and/or non-enablement.

102. *Invalidity for Patent-Barring Activity under 35 U.S.C. § 102* – Counter-Defendants assert claim(s) of U.S. Patent No. 12,048,920 is invalid due to patent-barring activity, including, but not limited to, public disclosure, printed publication, public use, and/or on-sale occurring prior to one (1) year from the effective filing date of U.S. Patent No. 12,048,920.

103. *Prosecution History Estoppel* – DET is estopped from taking positions inconsistent with the positions taken by DET and the USPTO in the prosecution history of U.S. Patent No. 12,048,920.

104. *Lack of Secrecy* – DET's failed to maintain secrecy of its alleged trade secrets and/or were already publicly known or readily ascertainable.

105. *Non-Misappropriation* – Counter-Defendants assert no misappropriation of DET's alleged trade secrets.

106. *Independent Development* – Counter-Defendants assert that the Accused Product and any other alleged property rights allegedly owned by DET were developed independently of DET.

107. *Lack of Standing* – Counts I-IV and the relief sought within DET's Counterclaims and Third-Party Counterclaims are barred because DET is not the owner of U.S. Patent No. 12,048,920 and/or any trade secrets at issue.

108. *Failure to State a Claim* – Counts I-IV legally and/or factually fail to state claims upon which DET can be granted and/or is entitled to relief.  Counter-Defendants reserve the right to make appropriate motions under Fed. R. Civ. P. 12(b) and 12(c).

109. *Failure to Mitigate Damages* – Counter-Defendants assert that DET has failed to mitigate damages for any of Counts I-IV.

## DEMAND FOR JURY TRIAL

110. Counter-Defendants demand a trial by jury.

## PRAYER

WHEREFORE, Counter-Defendants pray that upon final hearing that DET takes nothing for its Counts I-IV and Counter-Defendants receive all relief to which they are entitled.

Respectfully submitted,

KEARNEY, MCWILLIAMS & DAVIS, PLLC

Date:  July 23, 2025

*/s/ Erik J. Osterrieder*
Erik J. Osterrieder
SBN: 24013276
Bradley A. Nevills
SBN: 24083561
Charles S. North
SBN: 24095712
eosterrieder@kmd.law
bnevills@kmd.law
cnorth@kmd.law
55 Waugh Drive, Suite 150
Houston, Texas 77007
Tel: (888) 855-1276, ext. 502
Fax: (832) 916-2751
***Attorneys for Counter-Defendant and Third-Party Plaintiffs***

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 23rd day of July, 2025, a true and correct copy of **COUNTER-DEFENDANTS' AND THIRD-PARTY PLAINTIFFS' ANSWER AND DEFENSES TO DET DIESEL EMISSION TECHNOLOGIES, LLC'S COUNTERCLAIMS AND THIRD-PARTY COUNTERCLAIMS** has been forwarded to all counsel of record through the Court's electronic filing system in accordance with the Federal Rules of Civil Procedure.

*/s/ Erik J. Osterrieder*
Erik J. Osterrieder