IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| DPF ALTERNATIVES, LLC, | § | |
| ET AL., | § | |
| PLAINTIFFS/COUNTER-DEFENDANTS, | § | |
| | § | |
| V. | § | NO. 3:24-CV-1953-B |
| | § | |
| DET DIESEL EMISSION TECHNOLOGIES, | § | |
| LLC, ET AL., | § | |
| DEFENDANTS/COUNTER-PLAINTIFFS. | § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions and a recommendation in this case. No objections were filed. The Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

**SO ORDERED.**

**DATE: August 24, 2026.**

**JANE J. BOYLE**
**SENIOR UNITED STATES DISTRICT JUDGE**